David M. Mannion (State Bar No. 288627)
       (dmannion@blakeleyllp.com)
Sean J. Lowe (State Bar No. 295653, *pending admission to the N.D. Cal.*)
       (slowe@blakeleyllp.com)
BLAKELEY LLP
18500 Von Karman Ave., Suite 530
Irvine, CA 92612
Telephone: (949) 260-0611

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGEN MURRAY CORPORATION, | ) Case No.: |
| Plaintiff, | ) |
| v. | ) **COMPLAINT FOR BREACH** ) **OF CONTRACT** |
| VORTEX MARINE CONSTRUCTION INC. | ) **DEMAND FOR JURY TRIAL** |
| Defendant. | ) |

Plaintiff Edgen Murray Corporation ("Edgen"), for its complaint against defendant Vortex Marine Construction Inc. ("Vortex"), alleges upon personal knowledge with respect to itself and its own acts, and upon information and belief with respect to all other matters, as follows:

**NATURE OF THE ACTION**

1.   This is a breach of case by Edgen for Vortex's failure to pay for goods. Vortex's indebtedness to Edgen for the goods was subsumed in a settlement agreement which Vortex then breached.

**THE PARTIES**

2.   Plaintiff Edgen is a Nevada corporation headquartered in Louisiana. It manufactures

1  and sells specialized products for energy and infrastructure needs, including steel.

2    3. Defendant Vortex is a California corporation headquartered in Antioch.  It is a
3  general marine and heavy civil contractor.

4  **JURISDICTION AND VENUE**

5    4. The Court has jurisdiction of this action under 28 U.S.C. § 1332 because the amount
6  in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity of citizenship
7  exists.

8    5. Jurisdiction over Vortex is proper because its principal place of business is in
9  California and it is a California corporation.

10   6. Venue is proper in this District under 28 U.S.C. § 1391(b) because Vortex resides in
11 this District.  In addition, a substantial part of the events giving rise to the action occurred in this
12 District.

13 **INTRADISTRICT ASSIGNMENT**

14   7. Pursuant to the N.D. Cal. Civil Local Rules 3-2 and 3-5, the Plaintiff requests
15 assignment to the Oakland Division of the Northern District of California. Vortex is headquartered
16 in Contra Costa County and a substantial part of the events or omissions giving rise to the Plaintiff's
17 claims occurred in Contra Costa County.

18 **FACTUAL ALLEGATIONS**

19   8. On around August 30, 2016, Edgen shipped certain steel products to Vortex (the
20 "Goods") in relation to Vortex's Purchase Order No. 16-031-EDM-001 dated August 30, 2016.
21 Edgen issued Invoice No. SO: 2316084 to Vortex on around November 9, 2016 (the "Invoice").

22   9. On around July 20, 2017, Edgen and Vortex entered into a settlement agreement
23 arising out of Vortex's failure to pay the Invoice (the "Settlement").  The Settlement required Vortex
24 to pay Edgen $280,278.24 under the terms of a promissory note (the "Note") in monthly installments

25

of $50,000.  The Settlement and Note also provided for interest of 18% per annum on any past due sums.  A true and correct copy of the Settlement and Note is attached hereto as Exhibit "1".

10.     The Settlement and Note require Vortex to pay Edgen's reasonable attorneys' fees in the event of a breach.

11.     Vortex breached the terms of the Settlement and the Note by failing to pay the final three installments due under the Note.  These include an installment of $50,000 due on October 20, 2017, an installment of $50,000 due on November 20, 2017, and an installment of $30,278.24 due on December 20, 2017.  In total, Vortex failed to pay $130,278.24 due under the Note, plus interest.

12.     Vortex is liable to Edgen in an amount to be determined at trial but in no event less than $130,278.24 plus interest at the rate of 18% per annum per annum , in addition to Edgen's reasonable attorney's fees.

**COUNT I**

**(Breach of Contract)**

13.     Edgen repeats the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

14.     Edgen and Vortex entered into the Settlement and Note in exchange for mutual consideration.

15.     Edgen fully performed its duties under the Settlement and Note.

16.     Vortex breached the Settlement and Note by failing to make the final three payments due under the Note.  These include a of $50,000 due on October 20, 2017, a payment of $50,000 due on November 20, 2017, and a payment of $30,278.24 due on December 20, 2017.

17.     Edgen is entitled to damages against Vortex in an amount to be determined at trial but in no event less than $130,278.24 plus interest of 18% per annum in addition to Edgen's reasonable attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Edgen Murray Corporation ("Edgen") prays for a judgment against defendant Vortex Marine Construction Inc. as follows:

A.    For damages in an amount to be determined at trial but in no event less than $130,278.24 plus interest at the rate of 18% per annum per annum ;

B.    For Edgen's attorneys' fees and costs; and

C.    For such other relief as the Court deems appropriate.

Dated: March 6, 2018                    BLAKELEY LLP

By: */s/ David M. Mannion*
David M. Mannion
*Attorneys for Plaintiff*
*Edgen Murray Corporation*

## DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure 38(b), Plaintiff Edgen Murray Corporation demands a trial by jury of all issues triable to a jury.

Dated: March 6, 2018                    BLAKELEY LLP

By: */s/ David M. Mannion*
David M. Mannion
*Attorneys for Plaintiff*
*Edgen Murray Corporation*